# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL ESTRADA, | CIVIL ACTION NO. 3:10-CV-1560 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| JOSEPH J. WASS, et al, | |
| Defendants. | |

## ORDER

**NOW** this 16th day of April, 2012, **IT IS HEREBY ORDERED** that:

1. The Flying J Defendants shall reproduce an adequate representative for deposition on the matters contained within the Plaintiff's Notice of 30 (b)(6) Deposition and Supplemental Notice of Deposition of Corporate Designees of Flying J Defendants dated September 14, 2011 and September 21, 2011, respectively;

2. The Flying J Defendants' Motion for Summary Judgment (Doc. 40) will be **HELD IN ABEYANCE**; and

3. Trial on this matter shall be **CONTINUED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge