IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAFAEL ESTRADA,

    Plaintiff,

    v.

JOSEPH J. WASS, et al,

    Defendants.

CIVIL ACTION NO. 3:10-CV-1560

(JUDGE CAPUTO)

## ORDER

**NOW** this 31st day of May, 2012, **IT IS HEREBY ORDERED** that:

1. The Flying J Defendants' Motion for Summary Judgment (Doc. 40) is **DEEMED WITHDRAWN WITHOUT PREJUDICE**; and

2. Both parties are directed to file all dispositive motions in this matter by June 19, 2012.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge