**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAFAEL ESTRADA, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-1560 |
| v. | |
| JOSEPH J. WASS, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 21st day of November, 2012, **IT IS HEREBY ORDERED** that the Flying J Defendants' Motion for Summary Judgment (Doc. 62) is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge